**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              **Case No. 4:24-cr-00156 KGB**

DYLAN MITCHELL                                                    DEFENDANT

**<u>ORDER</u>**

Defendant Dylan Mitchell was committed to the custody of the Attorney General for two separate mental evaluations pursuant to 18 U.S.C. §§ 4241 and 4242 on February 23, 2026. The Court received the written forensic evaluations of Mitchell on July 2, 2026, and filed the reports of those evaluations under seal (Dkt. No. 34).

At this time, the Court intends to take up only the forensic evaluation conducted pursuant to 18 U.S.C. § 4241 regarding Mitchell's competency to stand trial. Any response to the forensic evaluation and report addressing 18 U.S.C. § 4241 and Mitchell's competency to stand trial must be filed within fourteen (14) days from the date the forensic examination report is received by the Court and the parties. Any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and citation to supporting authorities. If no motions are filed within fourteen (14) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.

In the event counsel for the government or defendant disputes the findings in the forensic evaluation report addressing 18 U.S.C. § 4241 and Mitchell's competency to stand trial, a motion for hearing or motion in opposition to the report, including a concise statement of opposition to the report and citation to supporting authorities, must be filed by **July 16, 2026**. If no motions are filed, the Court will enter an Order based on the conclusions set forth in the report.

Only after the parties and the Court have addressed the forensic evaluation and report addressing 18 U.S.C. § 4241 and Mitchell's competency to stand trial will the parties and the Court address the evaluation and report addressing 18 U.S.C. § 4242 and Mitchell's mental state at the time of the alleged offense.

It is so ordered this 9th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge